

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-73,697-10

### IN RE RAUL DAVID JACKSON, Relator

---

#### ON APPLICATION FOR A WRIT OF MANDAMUS
#### CAUSE NOS. W06-00448-K(B), W06-00445-K(B), W06-00450-K(B) & W06-00453-K(B)
#### IN CRIMINAL DISTRICT COURT NO. 4
#### FROM DALLAS COUNTY

---

*Per curiam.*

## O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed applications for writs of habeas corpus in Criminal District Court No. 4 of Dallas County and that District Clerk has not sent the trial court's February 18, 2016 findings of fact and conclusions of law to him.

"When any pleadings, objections, motions, affidavits, exhibits, proposed or entered findings of fact and conclusions of law, or other orders are filed or made a part of the record, the district clerk shall immediately send a copy to all parties in the case." TEX. R. APP. P. 73.4(b)(2). Respondent, the District Clerk of Dallas County, shall respond and state whether she has sent the trial court's

February 18, 2016 findings and conclusions to Relator. If she has, she shall also state when she sent the findings and conclusions to Relator. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: April 20, 2016
Do not publish